UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr- 60-MO |
| v. | INFORMATION |
| FERNANDO ISRAEL URRUTIA ARCE, | 21 U.S.C. §§ 331(c), 333(a)(1) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Interstate Receipt and Sale of Adulterated and Misbranded Drugs)**
**(21 U.S.C. §§ 331(c), 333(a)(1))**

On multiple dates beginning not later than January 1, 2019, and continuing through at least December 2022, in the District of Oregon and elsewhere, defendant **FERNANDO ISRAEL URRUTIA ARCE** received in interstate commerce new animal drugs, including Pit Cobra-branded Amoxicillin and the Battlecock-branded drugs Wormal and Premoxil, which were adulterated as defined by 21 U.S.C. § 351(a)(5) and misbranded as defined by 21 U.S.C. § 352(f)(1), and proffered the delivery thereof for pay and otherwise.

All in violation of Title 21, United States Code, Sections 331(c) and 333(a)(1).

Dated: February 20, 2024

Respectfully submitted,

NATALIE WIGHT
United States Attorney

*/s/ Ryan W. Bounds*
RYAN W. BOUNDS, OSB #000129
Assistant United States Attorney